UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:21-cv-88

CAROL E. TITUS and )
DAVID TITUS, )
                **Plaintiffs,** )
)
  vs. )
)
AMERICAN AIRLINES, INC., )
AMERICAN AIRLINES GROUP, INC., )
and PIEDMONT AIRLINES, INC. )
)
                **Defendants.**

## DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

    This disclosure must be filed on behalf of each nongovernmental corporate entity that is a party to the action. Counsel has a continuing duty to update this information. An executed form should be electronically-filed. Plaintiff or the moving party must serve this form on the defendant(s) or respondent(s) when initial service is made.

    American Airlines Group, Inc., who is a Defendant makes the following disclosure:

1.     Is the party a publicly held corporation or other publicly held entity?

       ( X ) **Yes**      ( ) **No**

2.     Does the party have any parent corporations?

       ( ) **Yes**      ( X ) **No**

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3.     Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

( ) **Yes** ( **X** ) **No**

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ( ) **Yes** ( **X** ) **No**

    If yes, identify entity and nature of interest:

5. Is party a trade association?

    ( ) **Yes** ( **X** ) **No**

    If yes, identify all members of the association, their parent corporation, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:

    N/A

This the 26th day of February, 2021.

By: /s/ William M. Starr
William M. Starr
NC State Bar No. 31813
NELSON MULLINS RILEY
 & SCARBOROUGH, L.L.P.
301 S. College Street, 23rd Floor
Charlotte, North Carolina 28202
Telephone: (704) 417-3000
Facsimile: (704) 377-4814
E-Mail: bill.starr@nelsonmullins.com
*Attorney for American Airlines Group, Inc.*